# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED OCT 0 8 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The United States of America

V.

0.27 Acres of Land, More or Less, Situated in San Diego County, State of California; Maria A. Castaneda Revocable Trust; and All Other Interested Parties

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv280-IEG(AJB)

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the full and just compensation payable by the United States for the taking of the Estate in the Subject Property identified in the Complaint shall be the sum of $100.00, plus any interest accrued thereon less ten percent of the accrued interest as authorized by the Judicial Conference of the United States, which sum is all inclusive. The Estate in Subject Property acquired by the United States has expired. Clerk shall withdraw the $100.00 deposited into the Court Registry by the United States, plus interest accrued thereon and less the authorized deduction and divide the sum to Maria A. Castaneda, Albertina and James Fiores, Amelia and Raul Arce, Rosalina Bromley and to Ronald Bromley. Parties shall be responsible for their own legal fees, costs and expenses. Signatory parties shall take no appeal from any rulings or judgments made by the Court in this action, and parties consent to the entry of all orders and judgments necessary to effectuate this stipulated judgment. Judgment is entered against the United States of America in the amount of $100.00. Case is closed................................................

| October 8, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam _(signature)_ |
| | (By) Deputy Clerk |

ENTERED ON October 8, 2009

08cv280-IEG(AJB)